IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIE PATTON,                                No. 2:05-cv-1299-MCE-DAD-PS

      Plaintiff,

  v.                                         ORDER

FEDERAL COMMUNICATIONS
COMMISSION,

      Defendant.
_____/

    Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

    On November 9, 2005, the magistrate judge filed Findings and Recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any Objections to the Findings and Recommendations were to be filed within twenty (20) days. Plaintiff has not filed Objections to the Findings and Recommendations.

1

1  The Court has reviewed the file and finds the Findings and
2 Recommendations to be supported by the record and by the
3 magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED
4 that:
5  1.  The Findings and Recommendations filed November 9, 2005,
6 are adopted in full;
7  2.  Plaintiff's Complaint is dismissed with prejudice for
8 lack of subject matter jurisdiction; and
9  3.  The Clerk is directed to close this case.
10 DATED: December 28, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE